## UNITED STATES DISTRICT COURT
## CONNECTICUT DISTRICT COURT
## NEW HAVEN DIVISION

### CASE NO.:  3:26-cv-00981

HUGH KRETSCHMER,

                  Plaintiff,

v.

SADIE'S PROFESSIONAL CLEANING
SERVICES LLC,

                  Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff HUGH KRETSCHMER by and through his undersigned counsel, brings this Complaint against Defendant SADIE'S PROFESSIONAL CLEANING SERVICES LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.    Plaintiff HUGH KRETSCHMER ("Kretschmer") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Kretschmer's original copyrighted Work of authorship.

2.    Kretschmer is a photographer celebrated for his imaginative and surreal approach to image-making, blending conceptual storytelling with in-camera techniques such as collage, sculpture, and prop fabrication. Influenced by both art and science from an early age, he has built a 30-year career creating visually inventive work for clients like Old Spice, Sony, Toyota, and *Vanity Fair*, *The New York Times Magazine*, *Esquire*, *Time*, *GQ*, and *National Geographic*. His photographs have been recognized by the International Photography Awards, Communication

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

Arts, and American Photography, and are included in the permanent collections of the 9/11 Museum and the Library of Congress. Kretschmer's recent fine art projects, *Plastic Waves* and *Mirage*, merge creativity with environmental purpose, raising awareness and funds for water conservation efforts.

3.     Defendant SADIE'S PROFESSIONAL CLEANING SERVICES LLC ("SPCS") is a biohazard remediation and emergency cleanup services company.   At all times relevant herein, SPCS owned and operated the internet website located at the URL https://sadiesprocleaning.com/ (the "Website").

4.     Kretschmer alleges that SPCS copied Kretschmer's copyrighted Work from the internet in order to advertise, market and promote its business activities.  SPCS committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the SPCS' business.

## JURISDICTION AND VENUE

5.     This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.     SPCS is subject to personal jurisdiction in Connecticut.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, SPCS engaged in infringement in this district, SPCS resides in this district, and SPCS is subject to personal jurisdiction in this district.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

**DEFENDANT**

9.    Sadie's Professional Cleaning Services LLC is a Connecticut Limited Liability Company, with its principal place of business at 2145 State Street, Unit 7, Hamden, CT 06517, and can be served by serving its Registered Agent, Sada Marshall, at the same address.

**THE COPYRIGHTED WORK AT ISSUE**

10.    In 2006, Kretschmer created the photograph entitled "Clutter," which is shown below and referred to herein as the "Work."



11.    Kretschmer registered the Work with the Register of Copyrights on October 14, 2019, and was assigned registration number VA 2-176-257. The Certificate of Registration is attached hereto as **Exhibit 1**.

12.    At all relevant times Kretschmer was the owner of the copyrighted Work.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

## INFRINGEMENT BY SPCS

13. SPCS has never been licensed to use the Work for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, SPCS copied the Work.

15. On or about November 07, 2024, Kretschmer discovered the unauthorized use of his Work on the Website. SCPS used the Work on their website in an article from August 14, 2023, titled, "What Happens to Personal Belongings after Suicide and Homicide?"

16. SPCS copied Kretschmer's copyrighted Work without Kretschmer's permission.

17. After SPCS copied the Work, it created additional copies and distributed the Work on the internet to advertise and promote its professional cleaning, biohazard remediation, and related services..

18. SPCS copied and distributed Kretschmer's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. SPCS committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Kretschmer never gave SPCS permission or authority to copy, distribute or display the Work for any purpose.

21. Kretschmer notified SPCS of the allegations set forth herein on January 16, 2025 and March 24, 2025.  To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Kretschmer incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

23.    Kretschmer owns a valid copyright in the Work.

24.    Kretschmer registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25.    SPCS copied, displayed, and distributed the Work and made derivatives of the Work without Kretschmer's authorization in violation of 17 U.S.C. § 501.

26.    SPCS performed the acts alleged in the course and scope of its business activities.

27.    Defendant's acts were willful.

28.    Kretschmer has been damaged.

29.    The harm caused to Kretschmer has been irreparable.

WHEREFORE, the Plaintiff HUGH KRETSCHMER prays for judgment against the Defendant SADIE'S PROFESSIONAL CLEANING SERVICES LLC that:

a.    SPCS and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.    SPCS be required to pay Kretschmer his actual damages and Defendant's profits attributable to the infringement, or, at Kretschmer's election, statutory damages, as provided in 17 U.S.C. § 504;

c.    Kretschmer be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.    Kretschmer be awarded pre- and post-judgment interest; and

e.    Kretschmer be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Kretschmer hereby demands a trial by jury of all issues so triable.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

Dated: June 22, 2026

Respectfully submitted,

*/s/ Joseph A. Dunne*
JOSEPH A. DUNNE
Connecticut Bar No: 429947
joseph.dunne@sriplaw.com

**SRIPLAW, P.A.**
41 Madison Avenue
25th Floor
New York, NY 10010
929.200.8446 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Hugh Kretschmer*

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS